UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

DAVID FERNANDEZ,

                                        Plaintiff,          **NOTICE OF APPEARANCE**

                    -against-                               07 CV 3495 (SHS)

CITY OF NEW YORK, "JANE DOE" POLICE
OFFICERS, and "JOHN DOE" POLICE OFFICERS #1,               (filed by ECF)
#2, #3, #4, #5,

                                        Defendants.

------------------------------------------------------------------------ x

        **PLEASE TAKE NOTICE** that Susan P. Scharfstein hereby enters an appearance

for defendant City of New York on behalf of the Corporation Counsel of the City of New York,

Michael A. Cardozo.  Please forward any notices concerning this case to the undersigned.

        I certify that I am admitted to practice before this Court.

Dated:        New York, New York
              May 11, 2007

                            MICHAEL A. CARDOZO
                            Corporation Counsel of the
                              City of New York
                            Attorney for Defendant City of New York
                            100 Church Street
                            New York, New York  10007
                            (212) 227-4071
                            sscharfs@law.nyc.gov

                            By:  _____/S/_____
                                 SUSAN P. SCHARFSTEIN (SS 2476)