UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
DAVID FERNANDEZ,

                Plaintiff,

    -against-                                  07 Civ. 3495 (SHS)

THE CITY OF NEW YORK, "JANE DOE" POLICE
OFFICER, and "JOHN DOE" POLICE OFFICERS #1,
#2, #3, #4, #5,

                Defendants.
------------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    The initial pretrial conference having been held today with counsel for plaintiff appearing by telephone and counsel for defendants present,

    IT IS HEREBY ORDERED that:

    1.    The last day for completion of fact discovery is December 28, 2007; and

    2.    There will be a status conference on November 8, 2007 at 10:30 a.m. in Courtroom 23A.

Dated: New York, New York
          August 31, 2007

SO ORDERED:

*[signature]*
Sidney H. Stein, U.S.D.J.