```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/8/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

DAVID FERNANDEZ,                :    07 Civ. 3495 (SHS)

                Plaintiff,    :

-against-                       :    ORDER

THE CITY OF NEW YORK, *ET AL.*, :

                Defendants.   :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    A pretrial conference having been held today, with counsel for all parties present,

    IT IS HEREBY ORDERED that:

    1.    The last day for plaintiff's to serve and file the amended complaint naming police officers Mirabel and Bradley as defendants is November 14, 2007;

    2.    The last day for all defendants to answer or move with respect to the amended complaint is December 3, 2007;

    3.    The last day for completion of fact discovery is extended to January 18, 2008;

    4.    There will be a pretrial conference on January 18, 2008, at 10:30 a.m.; and

    5.    Any discovery disputes shall be brought to the Court's attention far enough in advance for the dispute to be adjudicated and the discovery taken before January 18, 2008.

Dated: New York, New York
       November 8, 2007

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.