UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

DAVID FERNANDEZ,                                :

                Plaintiff,                 :

    -against-                                         :

THE CITY OF NEW YORK, *ET AL.*,     :

                                     :

                Defendants.
------------------------------------------------------------x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/8/07
```

07 Civ. 3495 (SHS) (DF)

**ORDER OF REFERENCE**
**TO A MAGISTRATE JUDGE**

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| | | | |
|---|---|---|---|
| ___ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ___ | Consent under 28 U.S.C. §636(c) for all purposes (including trial) |
| ___ | Specific Non-Dispositive Motion/Dispute:* | ___ | Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) |
| | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____ | | Purpose: |
| | | ___ | Habeas Corpus |
| XX | Settlement* | ___ | Social Security |
| ___ | Inquest After Default/Damages Hearing | ___ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) |
| | | | Particular Motion: ___ |
| | | | All such motions: ___ |

Dated: New York, New York
        November 8, 2007

SO ORDERED:

*[signature]*

Sidney H. Stein, U.S. District Judge

---

* Do not check if already referred for general pretrial.