

ATTORNEYS at LAW

November 21, 2007

**BY ECF**

Honorable Sidney H. Stein
United States District Court Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: <u>Fernandez v. City of New York, et al.</u>, **07 CV 3495 (SHS)**

Dear Judge Stein:

On November 12, 2007, Police Officers Isaura Mirabal and Edward Bradley were served with the Amended Complaint naming them as individual defendants in this matter.

The caption should now read as follows:

> David Fernandez v. The City of New York, Police Officers Isaura Mirabal (Shield # 10035), Edward Bradley (Shield # 13380), and "John Doe" Police Officers #1, #2, #3, #4.

Sincerely,

Anthony Cecutti, Esq.