

ATTORNEYS at LAW

November 26, 2007

**BY ECF**
Honorable Sidney H. Stein
United States District Court Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

     Re: **Fernandez v. City of New York, et al.**, 07 CV 3495 (SHS)

Dear Judge Stein:

  I am counsel for Plaintiff, Mr. David Fernandez. I write to respectfully request that the Court extend the time to file the Amended Complaint until November 28, 2007.

  At the Status Conference on November 8, 2007, Your Honor ordered the Plaintiff to serve and file the Amended Complaint naming Police Officers Isaura Mirabal and Edward Bradley as Defendants by November 14, 2007. The Officers were served on November 12, 2007 (See Affidavits of Service previously filed through ECF on November 21, 2007). However, the Amended Complaint was not filed with the Court due to office error.

  In view of the foregoing, I respectfully request the Court grant the within request. Thank you for your consideration.

             Sincerely,

             Anthony Cecutti (AC 5867)